AMENDED
# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

AO-10
Rev. 1/2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br>KING, GARR M | 2. Court or Organization<br>DISTRICT OF OREGON / ACTIVE | 3. Date of Report<br>3/24/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>907 UNITED STATES COURTHOUSE<br>1000 S. W. THIRD AVENUE<br>PORTLAND, OREGON 97204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-MANAGER | KING PARTNERS LLC |
| 2. | PRESIDENT/DIRECTOR | KING ███████ FOUNDATION |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 4/30/98 | WITHDRAWAL AGREEMENT - WITH KENNEDY, WATTS, ARELLANO & RICKS LLP (FORMERLY KENNEDY, KING & ZIMMER) - PROVIDES FOR PAYMENT OF CAPITAL ACCT. & ACCTS. RECEIVABLE. |

RECEIVED
2004 JUN -9 A 11:13
FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KING, GARR M | 3/24/04 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | KENNEDY, WATTS, ARELLANO & RICKS LLP | 347.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 3/24/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. U.S. NATIONAL BANK | A | Interest | K | T | | | | | |
| 2. KENNEDY, KING & ZIMMER PARTNERSHIP AGREEMENT | A | Distribution | J | U | | | | | |
| 3. OREGON STATE HSG-SER | B | Interest | K | T | | | | | |
| 4. OREGON STATE R. G. AO | B | Interest | K | T | | | | | |
| 5. OREGON STATE VETS SER. 75 | B | Interest | K | T | PARTIAL SALE | 4/1 | K | | |
| 6. PORTLAND OREGON SER. B | B | Interest | K | T | | | | | |
| 7. WASHINGTON CO. OREGON RO-JO | B | Interest | K | T | | | | | |
| 8. WASHINGTON CO. OREGON UNI SWR | B | Interest | K | T | | | | | |
| 9. YAMHILL CO. OREGON S.D. | B | Interest | | | SOLD | 12/1 | K | | |
| 10. PORTLAND OREGON HOUSING 11-1-25 | B | Interest | K | T | | | | | |
| 11. PORTLAND OREGON HOUSING 1-1-27 | B | Interest | K | T | | | | | |
| 12. ANALOG DEVICES COMMON STOCK | | None | L | T | | | | | |
| 13. CISCO SYS. INC. COMMON STOCK | | None | L | T | PARTIAL SALE | 8/6 | K | C | |
| 14. CALPINE CORP. COMMON STOCK | | None | L | T | | | | | |
| 15. JP MORGAN / CHASE | B | Dividend | K | T | | | | | |
| 16. MERCK & CO. COMMON STOCK | B | Dividend | L | T | | | | | |
| 17. INTEL CORP. | A | Dividend | L | T | ** | 8/6 | K | C | Grandchild Trust |
| 18. U.S. BANCORP COMMON STOCK | B | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 3/24/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. WASHINGTON MUTUAL COMMON STOCK | B | Dividend | K | T | | | | | |
| 20. KROEGER CO. COMMON STOCK | | None | M | T | | | | | |
| 21. ORACLE CORP. COMMON STOCK | | None | K | T | | | | | |
| 22. CASH IN BROKERAGE ACCOUNTS | C | Interes&Div. | L | T | | | | | |
| 23. IRA- PIPER JAFFREY (See attachment) | | None | N | T | (SEE ATTACHMENT) | | | | |
| 24. M&P CO. (REAL ESTATE PARTNERSHIP) | E | Rent | L | W | | | | | |
| 25. MACKINNON FINANCIAL SERVICES (PARTNERSHIP) | | None | J | W | | | | | |
| 26. COMM. FINANCIAL LTD PARTNERSHIP (MIDCO) | A | Interest | J | T | | | | | |
| 27. LOAN TO MACKINNON FINANCIAL | C | Interest | | | Transfer | | M | | To Children |
| 28. 2/7THS INTEREST IN BEACH LOTS - NETARTS, OREGON | | None | L | W | | | | | |
| 29. UNITS OF PARTNERS, LLC | | None | J | W | | | | | |
| 30. IRA VALUE LINE FUND | D | Dividend | M | T | | | | | |
| 31. PFIZER INC. | B | Dividend | K | T | | | | | |
| 32. CLACK. CO. OR REV. 5/15/99 | B | Interest | K | T | | | | | |
| 33. AMERICAN EXPRESS | A | Dividend | K | T | | | | | |
| 34. AM. INT'L GROUP | A | Dividend | K | T | | | | | |
| 35. CITIGROUP | B | Dividend | L | T | Transfer Partial | 12/9 | K | | Grandchild Trust |
| 36. EXXON MOBIL | B | Dividend | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 3/24/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 38. HOME DEPOT | A | Dividend | J | T | | | | | |
| 39. MICROSOFT | | None | K | T | | | | | |
| 40. SCHERING PLOUGH | A | Dividend | | | SOLD | 8/6 | K | | |
| 41. WELLS FARGO | A | Dividend | K | T | | | | | |
| 42. CHARLES SCHWAB | A | Dividend | K | T | | | | | |
| 43. WALT DISNEY CO. | A | Dividend | K | T | | | | | |
| 44. GILLETTE CO. | A | Dividend | | | SOLD | 1/13 | K | C | |
| 45. SBC COMM. | A | Dividend | K | T | | | | | |
| 46. UNITED PARCEL | B | Dividend | K | T | | | | | |
| 47. NEXMED INC. | | None | | | SOLD | 7/11 | J | | |
| 48. MIDCAP SPDR | B | Dividend | M | T | *** | 12/19 | L | | Grandchild Trust |
| 49. SECTOR SPDRCYA | A | Dividend | K | T | | | | | |
| 50. ISHARES TR | D | Dividend | N | T | PARTIAL SALE | 5/19 | N | E | |
| 51. BRISTOL MYER SQUIBB | B | Dividend | K | T | BUY | 5/14 | K | | |
| 52. FIDELITY ADV. SER II | B | Dividend | K | T | BUY | 3/7 | K | | |
| 53. PIMCO FUNDS HI YLD CLC | C | Dividend | L | T | BUY | 3/7 | L | | |
| 54. AMERICAN HIGH INC. | C | Dividend | L | T | BUY | 11/26 | L | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, trancations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. LIBERTY MEDIA | | None | K | T | BUY | 8/21 | K | | |
| 56. SECTOR SPDR TR. TECH | A | Dividend | K | T | BUY | 9/6 | M | | |
| 57. TRAVELORS PROP. CAS | | None | | | SOLD | 2/5 | J | | |
| 58. FIDELITY ADV FUND | D | Dividend | L | T | BUY | 1/13 | L | | |
| 59. RYDEX SER FUND JUNO FD CLC | | NONE | L | T | BUY | 4/16 | L | | |
| 60. COLUMBIA BANCORP | A | Dividend | K | T | BUY | 1/13 | K | | |
| 61. CASCADE BANCORP | A | Dividend | K | T | BUY | 8/6 | K | | |
| 62. LOAN TO MCKINNON TOOL | D | Interest | L | U | LOAN | 2/27 | L | | MacKinnon Tool Co. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

#17- ** Transfer and Partial Sale

#24 - IRA list (attachment)
- Europacif Growth FD
- First Amer Growth FD
- Invesco Dynamics FD
- Mutual Ser FD
- State St. Resh FD
- Templeon For. FD
- Federal Equity Fund  ─ Purchased September 2003, Cost K
- Scudder Advisor Fund─ Purchased July 2003, Cost J
- Bonds
- Money Market Funds

#48- *** Partial Transfer

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _____ 5/27/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>KING, GARR M | 2. Court or Organization<br><br>DISTRICT OF OREGON / ACTIVE | 3. Date of Report<br><br>3/24/04 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>907 UNITED STATES COURTHOUSE<br>1000 S. W. THIRD AVENUE<br>PORTLAND, OREGON 97204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | CO-MANAGER | ██████ARTNERS LLC |
| 2. | PRESIDENT/DIRECTOR | ████████FOUNDATION |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 4/30/98 | WITHDRAWAL AGREEMENT - WITH KENNEDY, WATTS, ARELLANO & RICKS LLP (FORMERLY KENNEDY, KING & ZIMMER) - PROVIDES FOR PAYMENT OF CAPITAL ACCT. & ACCTS. RECEIVABLE. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | KENNEDY, WATTS, ARELLANO & RICKS LLP | 347.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KING, GARR M | 3/24/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 3/24/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. U.S. NATIONAL BANK | A | Interest | K | T | | | | | |
| 2. KENNEDY, KING & ZIMMER PARTNERSHIP AGREEMENT | A | Distribution | J | U | | | | | |
| 3. OREGON STATE HSG-SER | B | Interest | K | T | | | | | |
| 4. OREGON STATE R. G. AO | B | Interest | K | T | | | | | |
| 5. OREGON STATE VETS SER. 75 | B | Interest | K | T | PARTIAL SALE | 4/1 | K | | |
| 6. PORTLAND OREGON SER. B | B | Interest | K | T | | | | | |
| 7. WASHINGTON CO. OREGON RO-JO | B | Interest | K | T | | | | | |
| 8. WASHINGTON CO. OREGON UNI SWR | B | Interest | K | T | | | | | |
| 9. YAMHILL CO. OREGON S.D. | B | Interest | | | SOLD | 12/1 | K | | |
| 10. PORTLAND OREGON HOUSING 11-1-25 | B | Interest | K | T | | | | | |
| 11. PORTLAND OREGON HOUSING 1-1-27 | B | Interest | K | T | | | | | |
| 12. ANALOG DEVICES COMMON STOCK | | None | L | T | | | | | |
| 13. CISCO SYS. INC. COMMON STOCK | | None | L | T | PARTIAL SALE | 8/6 | K | C | |
| 14. CALPINE CORP. COMMON STOCK | | None | L | T | | | | | |
| 15. JP MORGAN / CHASE | B | Dividend | K | T | | | | | |
| 16. MERCK & CO. COMMON STOCK | B | Dividend | L | T | | | | | |
| 17. INTEL CORP. | A | Dividend | L | T | ** | 8/6 | K | C | ▓▓▓▓▓ Trust |
| 18. U.S. BANCORP COMMON STOCK | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 3/24/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. WASHINGTON MUTUAL COMMON STOCK | B | Dividend | K | T | | | | | |
| 20. KROEGER CO. COMMON STOCK | | None | M | T | | | | | |
| 21. ORACLE CORP. COMMON STOCK | | None | K | T | | | | | |
| 22. CASH IN BROKERAGE ACCOUNTS | C | Interes&Div. | L | T | | | | | |
| 23. IRA- PIPER JAFFREY (See attachment) | | None | N | T | | | | | |
| 24. M&P CO. (REAL ESTATE PARTNERSHIP) | E | Rent | L | W | | | | | |
| 25. MACKINNON FINANCIAL SERVICES (PARTNERSHIP) | | None | J | W | | | | | |
| 26. COMM. FINANCIAL LTD PARTNERSHIP (MIDCO) | A | Interest | J | T | | | | | |
| 27. LOAN TO MACKINNON FINANCIAL | C | Interest | | | Transfer | | M | | To ▮▮▮▮ |
| 28. 2/7THS INTEREST IN BEACH LOTS - NETARTS, OREGON | | None | L | W | | | | | |
| 29. UNITS OF PARTNERS, LLC | | None | J | W | | | | | |
| 30. IRA VALUE LINE FUND | D | Dividend | M | T | | | | | |
| 31. PFIZER INC. | B | Dividend | K | T | | | | | |
| 32. CLACK. CO. OR REV. 5/15/99 | B | Interest | K | T | | | | | |
| 33. AMERICAN EXPRESS | A | Dividend | K | T | | | | | |
| 34. AM. INT'L GROUP | A | Dividend | K | T | | | | | |
| 35. CITIGROUP | B | Dividend | L | T | Transfer | 12/9 | K | | ▮▮▮▮ Trust |
| 36. EXXON MOBIL | B | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 3/24/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 38. HOME DEPOT | A | Dividend | J | T | | | | | |
| 39. MICROSOFT | | None | K | T | | | | | |
| 40. SCHERING PLOUGH | A | Dividend | | | SOLD | 8/6 | K | | |
| 41. WELLS FARGO | A | Dividend | K | T | | | | | |
| 42. CHARLES SCHWAB | A | Dividend | K | T | | | | | |
| 43. WALT DISNEY CO. | A | Dividend | K | T | | | | | |
| 44. GILLETTE CO. | A | Dividend | | | SOLD | 1/13 | K | C | |
| 45. SBC COMM. | A | Dividend | K | T | | | | | |
| 46. UNITED PARCEL | B | Dividend | K | T | | | | | |
| 47. NEXMED INC. | | None | J | T | SOLD | 7/11 | J | | |
| 48. MIDCAP SPDR | B | Dividend | M | T | *** | 12/19 | L | | ▮▮ Trust |
| 49. SECTOR SPDRCYA | A | Dividend | K | T | | | | | |
| 50. ISHARES TR | D | Dividend | N | T | PARTIAL SALE | 5/19 | N | E | |
| 51. BRISTOL MYER SQUIBB | B | Dividend | K | T | BUY | 5/14 | K | | |
| 52. FIDELITY ADV. SER II | B | Dividend | K | T | BUY | 3/7 | K | | |
| 53. PIMCO FUNDS | C | Dividend | L | T | BUY | 3/7 | L | | |
| 54. AMERICAN HIGH INC. | C | Dividend | L | T | BUY | 11/26 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 3/24/04 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. LIBERTY MEDIA | | None | K | T | BUY | 8/21 | K | | |
| 56. SECTOR SPDR TR. TECH | A | Dividend | K | T | M | 9/6 | M | | |
| 57. TRAVELORS PROP. CAS | | None | | | SOLD | 2/5 | J | | |
| 58. FIDELITY ADV FUND | D | Dividend | L | | BUY | 1/13 | L | | |
| 59. RYDEX SER FUND | | | L | | BUY | 4/16 | L | | |
| 60. COLUMBIA BANCORP | A | Dividend | K | | BUY | 1/13 | K | | |
| 61. CASCADE BANCORP | A | Dividend | K | | BUY | 8/6 | K | | |
| 62. LOAN TO MCKINNON TOOL | D | Interest | L | | LOAN | 2/27 | L | | MacKinnon Tool Co. |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KING, GARR M | 3/24/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

#17- ** Transfer and Partial Sale

#24 - IRA list (attachment)
- Europacif Growth FD
- First Amer Growth FD
- Invesco Dynamics FD
- Mutual Ser FD
- State St. Resh FD
- Templeton For. FD
- Federal Equity Fund
- Scudder Advisor Fund
- Bonds
- Money Market Funds

#48- *** Partial Transfer

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date_____ 3/24/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544